IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>NOEL ZAVALA<br>[DOB: 02/19/1994]<br><br>                    Defendant. | Case No. _____<br>**Felon in Possession of a Firearm**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

On or about September 5, 2014, in the Western District of Missouri, the defendant, NOEL ZAVALA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Jimenez, Model J.A. 380, .380-caliber pistol, Serial Number 285794, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                                                              A TRUE BILL.

| | |
|---|---|
|    9/18/14<br>DATE | /s/ Helen A. Chaffin<br>FOREPERSON OF THE GRAND JURY |

/s/ Rudolph R. Rhodes, IV
Rudolph R. Rhodes, IV, #39310
Assistant United States Attorney
Narcotics & Violent Crimes Unit