# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name   Noel Zavala
Alias Name
Birthdate   02/19/1994

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant  ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Rudolph R. Rhodes, IV

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☑ No

**Location Status**
Arrest Date   09/05/14
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☑ No
Warrant Required   ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts   1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Unlawful Transport of Firearms, etc. | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date   9/18/14           Signature of AUSA   /s/ Rudolph R. Rhodes, IV