**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-00251-01-CR-W-DGK |
| NOEL ZAVALA, | |
| Defendant. | |

**MOTION FOR TRANSFER OF CASE**

The United States of America, by Tammy Dickinson, United States Attorney, and Rudolph R. Rhodes, IV, Assistant United States Attorney, both for the Western District of Missouri, hereby files its motion for transfer of case in the above-styled matter pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Western District of Missouri and states the following in support:

1. This case is related to the following post-disposition matter currently pending before the Honorable Howard F. Sachs, Senior United States District Judge: *United States v. Noel Zavala*, Case No. 12-00293-02-CR-W-HFS.

2. Specifically, defendant Noel Zavala is charged with being a felon in possession of a firearm in this case, which is related to his alleged violation of two mandatory conditions of supervised release currently pending before District Judge Sachs for a final revocation hearing.

3. Judge Sachs has the earliest filed case in Case Number 12-00293-02-CR-W-HFS.

4. To consolidate the above-styled case with the post-disposition matter before Judge Sachs would promote their prompt and efficient disposition.

Therefore, the Government respectfully requests that the above-styled case be transferred for all further proceedings to Senior United States District Judge Howard F. Sachs.

                                                Respectfully submitted,

                                                Tammy Dickinson
                                                United States Attorney

                                  By     /s/Rudolph R. Rhodes, IV

                                                Rudolph R. Rhodes, IV, #39310
                                                Assistant United States Attorney
                                                Narcotics & Violent Crimes Unit
                                                Charles Evans Whittaker Courthouse
                                                400 East Ninth Street, Room 5510
                                                Kansas City, Missouri 64106
                                                Telephone: (816) 426-3122

rrr/sgs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on this 1st day of October, 2014, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                John Jenab
                                Jenab Law Firm, P.A.
                                110 South Cherry Street, Suite 103
                                Olathe, Kansas 66061

                                                /s/Rudolph R. Rhodes, IV
                                                Rudolph R. Rhodes, IV
                                                Assistant United States Attorney