IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 14-00251-1-CR-W-DGK

NOEL ZAVALA

AUSA: Rudolph Rhodes
Defense Atty.: John Jenab, CJA

| JUDGE: | **Robert E. Larsen**<br>U. S. Magistrate Judge | DATE/TIME: | **October 14, 2014**<br>2:25 - 2:30 PM |
|---|---|---|---|
| DEPUTY CLERK | LaTandra Wheeler | TAPE/REPORTER | FTR/LKW |
| INTERPRETER | NONE | PRETRIAL/PROB: | None |

## Clerk's Minutes

### FIRST APPEARANCE INDICTMENT AND ARRAIGNMENT

( x ) Custody assumed         Date: 10/14/2014         Place: KCMO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

( x ) Defendant remanded to the custody of the U.S. Marshal pursuant to a violation of his supervised release in Case No. 4:12-00293-02-CR-W-HFS.

COUNSEL

( x ) On September 5, 2014, defendant was sworn and examined as to his/her financial ability to employ counsel and information recorded on Affidavit of Financial Status. CJA, John Jenab was appointed.

ARRAIGNMENT

( x ) Defendant charged in Count(s) One of a One Count indictment.
( x ) The count(s) of the indictment applicable to the defendant was read to the defendant.
( x ) Defendant was informed of the maximum punishment for each applicable count of the

indictment.
( x ) Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

ORDERS

( x ) Defendant ordered committed back to custody of U.S. Marshal.

( x ) Case ordered set for trial on the joint criminal jury trial docket which commences December 8, 2014.

( x ) This case will have voluntary disclosure.

( x ) Defense shall file any pretrial motions within ten days from this date; government responses due seven days after motion filed. In lieu of a scheduling conference, counsel are to meet within two weeks and submit Proposed Stipulations and Orders to chambers for filing. If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible.

( x ) The Government is reminded that ECF calculates deadlines under civil rules and those deadlines do not apply to this case. Failure to file a response within 7 days of the filing of the motion, regardless of when ECF says a response is due, may result in the motion being granted as unopposed.