IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                     Case No.   14-00251-1-CR-W-DGK

NOEL ZAVALA,

          Defendant.

_____

ORDER APPOINTING
CRIMINAL JUSTICE ACT COUNSEL

     The above named defendant,   having appeared before the United States Magistrate Judge on October 14, 2014   And, having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the United States Magistrate Judge finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

     ORDERED that John Jenab, Jenab Law Firm, P.A., 110 S. Cherry Street Ste. 103, Olathe, KS 66061   913-390-5023   be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                           /s/ Robert E. Larsen
                                                           ROBERT E. LARSEN
                                                            UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
October 14, 2014