# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-00251-01-CR-W-DGK |
| | ) |
| NOEL ZAVALA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER OF TRANSFER**

Having considered Plaintiff's Motion for Transfer of Case (Doc. 4), and with the consent of the Honorable Howard F. Sachs, it is hereby

ORDERED that this case be transferred to Senior United States District Judge Howard F. Sachs for all further proceedings.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: October 27, 2014