# IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-00251–01-CR-W-HFS |
| ) | |
| NOEL ZAVALA, ) | |
| Defendant. ) | |

## MOTION TO CONTINUE JURY TRIAL

Comes now defendant Noel Zavala, by and through undersigned counsel, and moves for a continuance of the trial setting in the above-captioned matter from the Joint Accelerated Criminal Trial Docket commencing December 8, 2014 to the Joint Accelerated Criminal Trial Docket commencing January 12, 2015. In support of this motion, defendant states as follows:

1. The indictment in this case was filed on September 18, 2014. The December 8, 2014 trial docket is an initial setting.

2. The case is not complex, and discovery has been provided to the government. Resolution of the matter is complicated, however, by a pending revocation proceeding against Mr. Zavala in Case No. 12-00293-02-CR-W-HFS. The parties are attempting in good faith to reach agreement on a proposed disposition of both matters, and believe that a short continuance of the trial setting in this matter, to the January 2015 docket, will provide them sufficient time to conclude their negotiations.

3. The undersigned has discussed this motion with AUSA Rudy Rhodes, who has no objection to the requested continuance.

1

4.  It is respectfully submitted that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and of the defendants in a speedy trial. Further, it is acknowledged that any delay caused by the requested continuance should be excluded from speedy trial calculations for purposes of 18 U.S.C. § 3161(h)(1)(F).

**WHEREFORE**, defendant respectfully requests the Court grant a continuance of the jury trial in this matter to the Joint Accelerated Criminal Trial Docket commencing January 12, 2015.

Respectfully submitted,

s/ John Jenab
John Jenab, MO Bar No. 47452
JENAB LAW FIRM, P.A.
110 South Cherry Street, Suite 103
Olathe, Kansas 66061
(913) 390-5023 Office
(913) 764-5539 Fax
john.jenab@gmail.com
Attorney for Defendant

Certificate of Service

I certify that on November 12, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

s/ John Jenab
John Jenab

2

Case 4:14-cr-00251-HFS   Document 9   Filed 11/12/14   Page 2 of 2