IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   14-00251-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date:   January 13, 2015 |
| Noel Zavala, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City
=====================================================================
Nature of Proceeding: Change of Plea

Time Commenced: 1:30 p.m.          Time Terminated: 1:50 p.m.

Plaintiff by:  Rudolph R. Rhodes, IV, AUSA     Defendant by:  John Jenab

   Comments:   All parties appear.  Defendant desires to withdraw plea of not guilty and enter plea of guilty to Count 1 of the Indictment.  Court summarizes nature of charges, maximum punishment under the law, procedural rights and rights to trial by jury.  Factual basis for entering guilty plea discussed by Court.  No plea agreement presented.  Defendant pleads guilty to charge.  Facts alleged are summarized.  Defendant found competent to plead.  Defendant sworn.  Factual basis established.   Guilty plea accepted by Court as being entered freely and voluntarily.  Presentence investigation report ordered.  Defendant's bond and conditions of release continued.

Court Reporter:  Reggie McBride          CRD:  Tina Duer