UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Howard F. Sachs

UNITED STATES OF AMERICA,                    Case No: 14-00251-01-CR-W-HFS
vs.                                          Date:   5/18/2015
NOEL ZAVALA


Plaintiff Counsel                            Defendant Counsel
Rudolph Rhodes, IV, AUSA                     John Jenab

Start Time: 1:55 p.m.                        Stop Time: 2:35 p.m.


__X__ There are NO objections to the P.S.I. OR the Guideline Range.
_____ There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed
      with the Court:


Total Offense Level:_17__ Criminal History Category:__III____ Imprisonment Range__30_
to_37__.  Special Assessment:_$100.00___  Supervised Release Range:___1___ to __3___.
Fine Range _$5,000.00___ to __$50,000.00__.
Restitution _____ OR Not Applicable:_X_____.

The Defendant is sentenced to Count(s)__1_____.
_____ A Motion is filed by the U.S. Government for Downward Departure.
_____ Other Motions_____
      _____
_____ The Court grants said motion.

INCARCERATION:
_X__ The Court hereby orders the defendant to serve the following term of incarceration with
     the FBP __36____Months on Count 1. This sentence is to run consecutively to the
     sentence imposed in Case Number: 12-00293-02-CR-W-HFS.
__X__ Defendant is hereby remanded to the custody of U.S. Marshal.
_____ Defendant is allowed to surrender on

PROBATION:
_____ The Court hereby orders the defendant to serve the following term of Probation.
       _____ Years.

SUPERVISED RELEASE:
___X_ The Court hereby orders the defendant to the following term of Supervised Release
       ___3__ Years on  Count 1.

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:
__X__ The following special conditions of Supervised Release or Probation are:
       See J&C For Special Conditions.


FINE:
_____ The Court imposes the following fine:_____.
__X__ Fine Waived.
_____ Count(s) fine applicable to:_____.
_____ Interest Waived


RESTITUTION:
_____ The Court imposes the following Restitution:_____.
__X__ Not Applicable.
_____ Waived.


SPECIAL ASSESSMENT:
__X__ The Court imposes the following Special Assessment:


RECOMMENDATIONS:
___X_ The Court makes the following recommendations to the FBP: That defendant be placed
       in the Camp located in Leavenworth, KS. That defendant be allowed to participate in the
       500-Hour Intensive Drug Treatment Program.


_____ The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to
       _____.


____ Upon oral Motion of the U.S. Govt. The following Counts are dismissed:


__X__ The Court advises the Defendant he/she has 14 days to appeal.




Court Reporter: Katie Wirt                                  Kelly McIlvain
                                                        Courtroom Deputy