Dear, Desk Clerk

I AM HAVING DIFFICULTIES GETTING IN CONTACT WITH MY LAWYER. I WOULD LIKE TO RECEIVE A COPY OF MY SENTENCING TRANSCRIPTS, PLEASE. I WOULD APPRECIATE IT IF YOU COULD HELP ME. THANK YOU AND GOD BLESS. CASE # 4:14-CR-00251-HFS-1
12-00293-02-CR-W-HFS
12-00293-01-CR-W-HFS

Sincerly, Noel Zavala #24542-045
*Noel Zavala*