⇔24542-045⇔
Noel Zavala
Federal Correction Institution
P.O. BOX 5000
Greenville, IL 62246
United States

SAINT LOUIS MO 630
05 DEC 2016 PM 2 L



RECEIVED
2016 DEC -7 AM 2:40
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO.
KAN. CITY, MO

⇔24542-045⇔
District Clerk
400 E 9TH ST
Kansas CITY, MO 64106
United States

SCREENED BY
U.S. ...

14-251
HFS