UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| NOEL ZAVALA | ) | Case No. 14-00251-01-CR-W-HFS |
| | ) | |
| Defendant. | ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of November 13, 2017, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Noel Zavala:

**The defendant shall successfully participate in the Remote Alcohol Testing Program, as directed by the Probation Office, for a period of up to 60 days. The participant shall pay all or part of the costs of participation in the Remote Alcohol Testing Program as directed by the court and/or the probation officer.**

**The defendant shall be monitored by the form of location monitoring indicated below for a period of up to 60 days and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

/s/ Howard F. Sachs
_____
HOWARD F. SACHS
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  14th  day of  November , 2017.