UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| NOEL ZAVALA | ) Case No. 14-00251-01-CR-W-HFS |
| | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE**

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) Noel Zavala shall appear before this court at 1:30 p.m. on Friday, February 2, 2018 in Courtroom No. 6B, Charles Evans Whittaker Courthouse, 400 E. 9th Street, Kansas City, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release puruant to the violation report dated January 10, 2018; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause to 812 Fuller Avenue, Kansas City, MO 64125.

/s/ Howard F. Sachs
HOWARD F. SACHS
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 10th day of January, 2018.