IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

           Plaintiff,

-vs-                                Case No.   14-00251-01-CR-W-HFS

Noel Zavala,

           Defendant.

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

The above named defendant, having a SHOW CAUSE HEARING scheduled before Judge Sachs on 2/2/2018, and defendant not having waived counsel,

it is ORDERED that John Jenab, Jenab Law Firm, P.A.7431 Broadway, #9 Kansas City, MO 64114 816-759-8686 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

Kansas City, Missouri
January 12, 2018

/s/ Matt J. Whitworth
MATT J. WHITWORTH
UNITED STATES MAGISTRATE JUDGE