IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   14-00251-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date:   February 2, 2018 |
| NOEL ZAVALA, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

The Honorable Howard F. Sachs presiding at Kansas City, Missouri.
==================================================================

Nature of Hearing: Show Cause Hearing

Time Commenced:  1:31 p.m.                     Time Terminated:  1:37 p.m.

Plaintiff by:  Rudolph Rhodes, AUSA            Defendant by:  John Jenab, AFPD

Proceedings: All parties appear as indicated above.  Defendant in person.  Court in session. Upon the recommendation of the probation officer, counsel for defendant orally moves to continue the Show Cause/Revocation proceedings for approximately 60 to 90 days.  Government concurs and also requests that there be a modification to the supervised release conditions to add alcohol prohibition.  Court sustains request.  Order modifying conditions of release will be filed by the Court.  Defendant is advised that should there be additional violation reports submitted by the Probation Office prior to next hearing date, a hearing will promptly be set by the Court and there could be cause for a warrant to be issued for further violations.  Defendant is continued on conditions of Supervised Release originally imposed.


Probation Officer:   Dan Zander
Courtroom Deputy:   Christy Anderson
Court Reporter:   Barbara Barnard