IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                    Case No.        14-00251-01-CR-W-HFS

Noel Zavala

_____

AUSA:    Rudolph Rhodes
Defense Atty.:    John Jenab

| JUDGE: | **Matt J. Whitworth**<br>U. S. Magistrate Judge | DATE/TIME: | **3/8/2018**<br>1:38 pm-1:46 pm |
|--------|------------------------|-------------|------------------|
| DEPUTY CLERK | Jan Martin | TAPE/REPORTER | FTR/jmm |
| INTERPRETER | | PRETRIAL/PROB: | Kyle Estes |

## Clerk's Minutes

SUPERVISED RELEASE OR PROBATION REVOCATION
PRELIMINARY and DETENTION HEARING

(   x   )        Supervised release/ probation revocation preliminary hearing held:

( x )        Court finds probable cause established.

(   x   )        Supervised releasee/probationer ordered to appear before U.S. District Judge for
final supervised release/probation revocation hearing.

(   x   )        Defendant returned to the custody of the U.S. Marshal.