IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-00251-01-CR-W-HFS |
| | ) | |
| NOEL ZAVALA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to an arrest warrant, the defendant is in custody. Due to the additional violations reported since the prior show cause hearing, the continuance of that hearing set on March 14, 2018, will be rescheduled.

It is SO ORDERED

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

March 9, 2018

Kansas City, Missouri