**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY, MISSOURI 64106**

OFFICIAL BUSINESS



14-251
HPS

US POSTAGE PITNEY BOWES

ZIP 65506
02 1W
0001505312 SEP 01 2018
$ 000.47⁰

2018 SEP 12 AM 11:35

631 E2 1    2203/09/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 64106          *0428-02328-01-40*