IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 14-00251-01-CR-W-HFS |
| | ) |
| vs. | ) |
| | ) Date: April 25, 2018 |
| NOEL ZAVALA, | ) |
| | ) |
| Defendant. | ) |

MINUTE SHEET

The Honorable Howard F. Sachs presiding at Kansas City, Missouri.
=====================================================================
Nature of Hearing: Revocation of Supervised Release - Final Hearing

Time Commenced:  3:04 p.m.                Time Terminated:  3:27 p.m.

Plaintiff by:  Rudolph Rhodes, AUSA        Defendant by:  John Jenab, CJA

Proceedings: All parties appear as indicated above.  Defendant in person.  Court in session. Court acknowledges violation report dated January 10, 2018 and the supplemental reports dated March 1, 2018 and March 6, 2018.  The Court summarizes violations as submitted by the Probation Officer.  Defendant acknowledges the violations as indicated in the reports.  The Court finds that the violations were committed by the defendant and orders that his supervised release be revoked.  Defendant granted allocution.  SENTENCE:  The defendant is committed to the BOP for term of 24 months as to Count 1 of the Indictment with no further term of Supervised Release to follow.  Defendant advised of right to appeal.  Defendant is remanded to custody of USM


Probation Officer:  Kyle Estes
Courtroom Deputy:  Christy Anderson
Court Reporter:  Barbara Barnard