**UNITED STATES OF AMERICA**

v.

**NOEL ZAVALA**

Case Number: **4:14-00251-01-CR-W-HFS**

USM Number: **24542-045**

**John Jenab**
Defendant's Attorney

# JUDGMENT IN A CRIMINAL CASE
(For Revocation of Supervised Release)

**THE DEFENDANT acknowledged violation of condition(s)** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
| --- | --- |
| Standard | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| Mandatory | The defendant shall refrain from any unlawful use of a controlled substance. |
| Standard | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| Special | The defendant shall successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office. |
| Special | The defendant/offender shall be monitored by the form of location monitoring indicated below for a period of up to 60 days months and shall abide by all technology requirements:<br>GPS Monitoring (including hybrid GPS)<br>This form of location monitoring shall be utilized to monitor the following restriction on the defendant/offender's movement in the community as well as other court-imposed conditions of release:<br>You are restricted to your residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention).<br>The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer. |
| Standard | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

DEFENDANT: NOEL ZAVALA
CASE NUMBER: 4:14-00251-01-CR-W-HFS

| | |
|---|---|
| Mandatory | The defendant shall not unlawfully possess a controlled substance. |
| Mandatory | The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 0966

April 25, 2018
Date of Imposition of Judgment

Defendant's Year of Birth: 1994

*/s/ Howard F. Sachs*
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

City and State of Defendant's Residence:
Kansas City, Missouri

April 26, 2018
Date

DEFENDANT:     NOEL ZAVALA
CASE NUMBER:     4:14-00251-01-CR-W-HFS

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **Twenty-four (24) Months** as to Count 1 of the Indictment with no further term of Supervised Release to follow.

The Court makes the following recommendations to the Federal Bureau of Prisons:

     The defendant shall be considered for designation at USP Leavenworth - Camp.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                               UNITED STATES MARSHAL

                               By

                               _____
                               DEPUTY UNITED STATES MARSHAL